TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR LAWRENCE
Principal Assistant Director
JULIE S. SALTMAN, DC 975015
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, DC  20044-0868
Telephone: (202) 532-4252
FAX: (202) 305-7000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDEEP KUMAR SINGLA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC HOLDER, JR., Attorney General of the U.S. Department of Justice;<br><br>JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security;<br><br>ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services;<br><br>F. GERARD HEINAUER, Director, Nebraska Service Center, USCIS; and<br><br>ROBERT S. MUELLER, III, Director, FBI,<br><br>    Defendants. | No. 3:11-cv-5002-JSC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the time within which the Defendants must serve their answer or otherwise respond to the complaint in the above-entitled action.  Plaintiff responded to a request for evidence from United States Citizenship and Immigration Services ("USCIS") on or about December 16, 2011.  USCIS

requires additional time to review the newly-submitted evidence and adjudicate the application. The answer will be due on or before January 30, 2012.

Respectfully submitted,

Dated: December 28, 2011

s/ Julie S. Saltman
JULIE S. SALTMAN
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Email: julie.saltman@usdoj.gov

Dated: December 28, 2011

s/ Shah Iqbal Nawaaz Peerally (with permission)
SHAH IQBAL NAWAAZ PEERALLY
Shah Peerally Law Group, PC
37600 Central Court, Suite 202
Newark, CA 94608
Phone: 510-742-5887
Fax: 510-742-5877
Email: shah@peerallylaw.com

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 28, 2011

_Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER was served via the district court's electronic filing system on this 27th day of December, 2011 to the following counsel:

> Shah Peerally
> Shah Peerally Law Group, PC
> 37600 Central Court, Suite 202
> Newark, CA 94608
> Phone: 510-742-5887
> Fax: 510-742-5877
> Email: shah@peerallylaw.com
>
> Attorney for Plaintiff
>
>
> s/ Julie S. Saltman
> JULIE S. SALTMAN
> Trial Attorney, District Court Section
> Office of Immigration Litigation
> U.S. Department of Justice, Civil Division